## Sandra Kurt - Summit County Clerk of Courts

| -- Dockets -- | -- 8/16/2018 -- |
|---|---|
| Home | Logoff |

| Criminal Case No | File Date | Type | Judge |
|---|---|---|---|
| CR-2017-07-2657 | 07/28/2017 | ADULT CRIMINAL | TAMMY O'BRIEN |

Searching.....

| Filing Date | By Atty | Pleading Text | Document |
|---|---|---|---|
| 07/05/2018 | LAURA CROSS | SHERIFF SERVICE - SERVED LAURA LYNN CROSS | No Image |
| 06/21/2018 | LAURA CROSS | WARRANT TO CONVEY ISSUED CROSS, LAURA LYNN | Document 1 |
| 06/21/2018 | LAURA CROSS | REGULAR MAIL SERVICE - MAILED OHIO BCI | No Image |
| 06/21/2018 | LAURA CROSS | NOTICE ISSUED OHIO BCI | Document 2 |
| 06/21/2018 | SUMMIT COUNTY CLERK OF COURTS | **CASE COSTED (ORIGINAL) | No Image |
| 06/21/2018 | STATE OF OHIO | NO RECORD OF ITN NUMBER/LETTER MAILED TO BCI. | No Image |
| 06/19/2018 | STATE OF OHIO | 6/7 DISPOSITION - DEFT PLEAD GUILTY TO 3 CTS SEXUAL BATTERY F3. SENTD TO 36 MOS INCARCERATION. TO (TS) | Document 3 |
| 06/19/2018 | LAURA CROSS | NOTICE SHUKI, JENNIE REBECCA | Document 4 |
| 06/19/2018 | LAURA CROSS | NOTICE WHITNEY, LAWRENCE JAMES | Document 5 |
| 06/08/2018 | STATE OF OHIO | EXPLANATION OF DUTIES - REGISTER SEX OFFENDER (SS) | No Document Access |
| 05/23/2018 | STATE OF OHIO | 5/21 JOURNAL ENTRY - SENTG 6/7 AT 3 PM. TO | Document 6 |
| 05/17/2018 | JENNIE SHUKI | L. CROSS - CONTINUANCE | Document 7 |
| 04/05/2018 | STATE OF OHIO | 3/23 JOURNAL ENTRY OF PLEA - SENTG 5/24 3PM - TO | Document 8 |
| 03/28/2018 | STATE OF OHIO | ORDER TO AMEND CONFINEMENT CONDITIONS. TO | No Document Access |
| 03/23/2018 | LAWRENCE WHITNEY | MOTION TO AMEND HOUSE ARREST ORDER | Document 9 |
| 03/01/2018 | STATE OF OHIO | 2-28 JOURNAL ENTRY - FPT 3-22 3PM - TO | Document 10 |
| 02/26/2018 | LAWRENCE WHITNEY | MOTION FOR CONTINUANCE | Document 11 |
| 02/06/2018 | STATE OF OHIO | 1/31 TRIAL CONTD TO 5/7/18 9AM - TO | Document 12 |
| 12/28/2017 | STATE OF OHIO | 12/7 JOURNAL ENTRY- FINAL PT 3/1/18 3PM. TRIAL 3/19/18 9AM. NO CONTACT. TO | Document 13 |
| 12/20/2017 | | MOTION FOR AN ORDER TO PERMIT VARIATION IN HOUSE ARREST | Document 14 |
| 12/20/2017 | | NOTICE OF APPEARANCE | Document 15 |
| 12/13/2017 | STATE OF OHIO | COMMON PLEAS BOND PAPERS | No Document Access |
| 12/11/2017 | SUMMIT COUNTY CLERK OF COURTS | 10% BOND | No Document Access |

| Date | Party | Description | Document |
|---|---|---|---|
| 12/11/2017 | SUMMIT COUNTY CLERK OF COURTS | AUTHORIZATION FOR RELEASE | Document 16 |
| 12/07/2017 | STATE OF OHIO | BOND ORDER: | Document 17 |
| 11/14/2017 | STATE OF OHIO | 11/9 JOURNAL ENTRY- PT CONT'D 11/30 9AM | Document 18 |
| 10/25/2017 | STATE OF OHIO | 10/19 PT 11/9 2PM | Document 19 |
| 10/10/2017 | STATE OF OHIO | 10/6; 4TH PT CONTD 10/2 9AM | Document 20 |
| 10/06/2017 | STATE OF OHIO | TELEVISE/RECORD/PHOTOGRAPH COURT PROCEEDINGS | Document 21 |
| 10/05/2017 | JAMES BURDON | MOTION TO REDUCE BAIL | Document 22 |
| 10/02/2017 | STATE OF OHIO | 9/28 PT 10/6 9AM | Document 23 |
| 09/19/2017 | STATE OF OHIO | 9/14; PT 9/28 9AM | Document 24 |
| 09/06/2017 | STATE OF OHIO | 8/30 PT 9/14 9AM | Document 25 |
| 09/01/2017 | STATE OF OHIO | ORDER FOR TESTING | Document 26 |
| 08/30/2017 | JENNIE SHUKI | MOTION FOR TESTING | Document 27 |
| 08/25/2017 | STATE OF OHIO | JOURNAL ENTRY OF ARRAIGNMENT: PT 08/10 @ 9:00 A.M. | Document 28 |
| 08/22/2017 |  | NOTICE OF REPRESENTATION | Document 29 |
| 08/15/2017 | STATE OF OHIO | 08/10 ORDER OF CONTINUANCE: PT 08/31 @ 9:00 A.M. TOB | Document 30 |
| 08/11/2017 | STATE OF OHIO | AUTHORIZATION RLSE. OF INFORMATION PRETRIAL | Document 31 |
| 08/09/2017 | LAURA CROSS | SHERIFF SERVICE - SERVED LAURA LYNN CROSS | No Image |
| 08/07/2017 | STATE OF OHIO | FINANCIAL DISCLOSURE/AFFIDAVIT OF INDIGENCY | Document 32 |
| 08/04/2017 | STATE OF OHIO | BOND ORDER: NEW BOND. | Document 33 |
| 08/02/2017 | LAURA CROSS | WARRANT TO ARREST ISSUED CROSS, LAURA LYNN | Document 34 |
| 08/02/2017 | STATE OF OHIO | WARRANT TO ARREST ORDERED | No Document Access |
| 08/02/2017 | STATE OF OHIO | SECRET INDICTMENT FILED | Document 35 |
| 07/28/2017 | STATE OF OHIO | SECRET INDICTMENT REQUEST SHEET | No Document Access |

**Showing Results From 1 To 46**

Back to Top

**Click the back button on the browser to go to previous page.**