UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ned Spragling, II., | ) | CASE NO. 5:18CV1969 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge John R. Adams |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| Akron Public Schools, et al., | ) | |
| | ) | |
| Defendants. | | |

The Akron Defendants' motion to dismiss is GRANTED, and the Tallmadge Defendants

motion for judgment on the pleadings is GRANTED.   The federal claims are hereby dismissed.

The Court declines to exercise supplemental jurisdiction over the state law claims.   For the

reasons set forth in the Order and Decision filed contemporaneously with this Judgment Entry, IT

IS HEREBY ORDERED, ADJUDGED and DECREED that the complaint is hereby DISMISSED.


IT IS SO ORDERED.



March 18, 2019                              /s/John R. Adams
Date                                       Judge John R. Adams
                                           United States District Court