UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ned Spragling, II | ) | CASE NO.: 5:18-CV-1969 |
| | ) | |
|     Plaintiff/Appellant, | ) | JUDGE  JOHN R. ADAMS |
| vs. | ) | |
| | ) | **PLAINTIFF'S NOTICE OF APPEAL** |
| Akron Public Schools, et al., | ) | |
| | ) | |
|     Defendants/Appellees. | ) | |
| | ) | |
| | ) | |

    Now comes Plaintiff, by and through counsel, and hereby appeals to the United States Sixth Circuit Court of Appeals from the Judgment Entry (Doc 27) and Order and Decision (Doc 26), both filed in this case on March 19, 2019.

Respectfully submitted,

/s/ Sara Gedeon
David B. Malik (0023763)
Sara Gedeon (0085759)
Malik Law
8437 Mayfield Road, Suite 101
Chesterland, Ohio 44026
440-729-8260
dbm50@sbcglobal.net
sgedeon1021@gmail.com

/s/ Konrad Kircher
Konrad Kircher (0059249)
Rittgers & Rittgers
12 East Warren Street
Lebanon, OH 45036
513-932-2115
Fax: 513-934-2201
Email: konrad@rittgers.com
Attorneys for Plaintiff/Appellant

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of April, 2019, a copy of the foregoing Notice of Appeal was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system. Additionally, the foregoing was served by USPS mail on:

    Laura Lynn Cross W101342
    c/o Ohio Reformatory for Women
    1479 Collins Avenue
    Marysville, Ohio 43040
    Defendant

/s/ Konrad Kircher
Konrad Kircher (0059249)